

# Fourth Court of Appeals
## San Antonio, Texas

February 4, 2014

No. 04-14-00061-CV

**IN THE INTEREST OF D.S.O.**, Child,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01423
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights. Accordingly, this court must dispose of this appeal no later than 180 days after the date the notice of appeal was filed. TEX. R. JUD. ADMIN. 6. The portion of the reporter's record for this appeal to be prepared by Mr. David Zarate was due to be filed on January 27, 2014.[1] Mr. Zarate has not responded to informal efforts by the clerk's office seeking an update on the status of the filing of the record. It is therefore ORDERED that Mr. Zarate file his portion of the reporter's record in this court no later than ten days from the date of this order. **FURTHER REQUESTS FOR EXTENSIONS OF TIME TO FILE THE RECORD WILL BE DISFAVORED**.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

[1] Delcine Benavides has filed the other portion of the reporter's record.